EDGAR C. DAVIS, Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

BYRON H. GARLAND, Respondent, *v.* THE SAME, Appellant.

ELISHA GARRISON, Respondent, *v.* THE SAME, Appellant.

(Argued February 24, 1890; decided March 11, 1890.)

APPEAL from orders of the General Term of the Supreme Court in the fourth judicial department, made May 10, 1889, which affirmed orders of Special Term requiring defendant in each case to furnish the plaintiff a bill of particulars of a counter-claim.

*Charles J. Babbitt* for appellant.

*Stone, Gannon and Petit* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

ROLLIN TRACEY, Respondent, *v.* MATTHEW BYRNES, Appellant.

(Argued February 24, 1890; decided March 11, 1890.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made November 4, 1889, which affirmed an order of Special Term requiring plaintiff to serve upon defendant a bill of particulars.

*Samuel J. Crooks* for appellant.

*W. O. Campbell* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.